IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00533-MSK-MJW

FUNIMATION ENTERTAINMENT, a Texas limited liability partnership,

Plaintiff,

v.

MILLER ISAIAH TIMMONS,
THINK ART MEDIA d/b/a ANIMELAND, and
DOES 1-10,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Conduct Scheduling Conference by Phone and to Strike Defendant's Answer as Filed (Docket No. 13) is GRANTED IN PART and DENIED IN PART.

The motion is GRANTED insofar as plaintiff's counsel shall be permitted to attend the Scheduling Conference by telephone. Plaintiff's counsel is directed to contact the court's chambers (303-844-2403) at the scheduled time.

The motion is DENIED without prejudice as to plaintiff's request to strike defendant's answer. The court will address plaintiff's concerns as to defendant's answer during the May 6, 2013 Scheduling Conference.

Date: April 25, 2013