IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00533-MSK-MJW

FUNIMATION ENTERTAINMENT, a Texas limited liability partnership,

Plaintiff,

v.

MILLER ISAIAH TIMMONS,
THINK ART MEDIA d/b/a ANIMELAND, and
EVO ANIME,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant's Motion to Amend the Scheduling Order (Docket No. 35) is GRANTED as follows.  The Scheduling Order (Docket No. 21) is amended to extend the discovery cut-off date to January 6, 2014 and the dispositive motions deadline to February 6, 2014.

Date: November 22, 2013